IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEVE A. POSEY, #159154, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 2:12cv-906-WHA |
| | ) |
| J. C. GILES, et al., | )     (WO) |
| | ) |
| Defendants. | ) |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #42), entered on January 28, 2016. There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED as follows:

1. The Defendants' Motions for Summary Judgment are GRANTED.

2. Judgment will be entered in favor of the Defendants.

3. The case is DISMISSED with prejudice.

4. Costs are taxed against the Plaintiff.

DONE this 22nd day of February, 2016.

/s/     W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE